1  **Mike K. Nakagawa, Esq. (SB#95760)**
   **NAKAGAWA & RICO**
2  **A Professional Association**
   2151 River Plaza Drive, Suite 195
3  Sacramento, California  95833
   Telephone: (916) 923-2800
4  Facsimile: (916) 923-2828

5  Attorneys for Defendants
   Vista Property Development, Inc.,
6  Blue Ridge Properties, LLC,
   and James Burke & Company

7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10                         (Sacramento Division)

11

12

13  In re:

14  JAMES D. BURKE,                        Bankruptcy Case 02-26749-B-7

15         Debtor.

16  _____/

17
    RICHARD HANF,                          CIV S-03-01684-FCD
18
           Plaintiff,
19  v.                                     **STIPULATION FOR DISMISSAL OF
                                           PROCEEDING WITH PREJUDICE, AND
20  LINDA M. BURKE, ET AL.,                ORDER THEREON**

21         Defendants.

22
    _____/
23
          This action originally was filed before the bankruptcy court as Adversary Proceeding No.
24
    03-2269-B, after which its reference was withdrawn to this Court by an order entered on February
25
    2, 2004.  The parties to this action having previously entered into a Settlement and Release
26
    ///
27
    ///
28

**Hanf v. Burke, No. 03-01684-FCD**
**Stipulation for Dismissal.2**

Agreement approved by the bankruptcy court, and all other conditions in such Settlement and Release Agreement having been met, the parties thereto further stipulate and agree that the above-captioned action shall be dismissed with prejudice and all Notices of Pending Action (lis pendens) recorded by the Plaintiff during this case as well as during its pendency before the bankruptcy court as Adversary Proceeding No. 03-2269-B, as set forth in Exhibit "A" to this Stipulation, shall be expunged.

**IT IS SO STIPULATED.**

**Stevens & O'Connell, LLP**

Dated: June 27, 2005          By   /S/   Craig C. Allison
                              Craig C. Allison, Esq.
                              Attorneys for Plaintiff Michael P. Dacquisto
                              Chapter 7 Trustee for the Truck-A-Way Estate

**Nageley, Meredith & Miller**

Dated: June 29, 2005          By   /S/ Andrea M. Miller
                              Andrea M. Miller, Esq.
                              Attorneys for Defendant Maureen Bossy

**Linda M. Burke, in her capacity as Trustee of the Mackenzie M. Burke Irrevocable Trust, the Christine M. Burke Irrevocable Trust, and the James D. Burke Irrevocable Trust**

Dated: July 1, 2005           By   /S/ Linda M. Burke
                              Linda M. Burke, in propria persona

**Hanf v. Burke, No. 03-01684-FCD**
**Stipulation for Dismissal.2**

**Hughes & Pritchard, LLP**

Dated: July 1, 2005    By  /S/ Gregory J. Hughes
                          Gregory J. Hughes, Esq.
                          Attorneys for Defendant Linda M. Burke
                          in her individual capacity

**Nakagawa & Rico**
**A Professional Association**

Dated: June 30, 2005   By   /S/ Mike K. Nakagawa
                          Mike K. Nakagawa, Esq.
                          Attorneys for Defendants Vista Property
                          Development, Blue Ridge Properties, LLC,
                          and James Burke & Company

### ORDER

The above stipulation is hereby approved and the above-captioned proceeding is **DISMISSED WITH PREJUDICE AND ALL NOTICES OF PENDING ACTION (Lis Pendens) RECORDED BY THE PLAINTIFF IN THIS PROCEEDING AND IN ADVERSARY PROCEEDING NO. 03-2269-B ARE EXPUNGED**.

Dated:  July 12, 2005         /s/ Frank C. Damrell Jr.
                              Honorable Frank C. Damrell JR.
                              United States District Judge

**Hanf v. Burke, No. 03-01684-FCD**
**Stipulation for Dismissal.2**

**Exhibit "A" to Stipulation for Dismissal of Proceeding with Prejudice And Order Thereon**

**NOTICES OF PENDING ACTION (LIS PENDENS)**

| County | Action | Document No. | Date of Recording |
|---|---|---|---|
| Solano (Ca) | Civ. S-03-1684-FCD | 200400061649 | 5/10/2004 |
| Riverside (Ca) | Civ. S-03-1684-FCD | 2004-0360040 | 04/14/2004 |
| Solano (Ca) | Adv. No. 03-2269-B | 200300089893 | 6/03/2003 |
| Solano (Ca) | Adv. No. 03-2269-B | 200300162342 | 9/24/2003 |
| Riverside (Ca) | Adv. No. 03-2269-B | 2003-416701 | 05/09/2003 |
| Riverside (Ca) | Adv. No. 03-2269-B | 2003-548459 | 07/23/2003 |

**Hanf v. Burke, No. 03-01684-FCD**
**Stipulation for Dismissal.2**

4